**JESSE S. HERNANDEZ (Bar No. 92708)**
    jsh@amclaw.com
**VANESSA H. WIDENER (Bar No. 203967)**
    vhw@amclaw.com
**JENNIFER S. MUSE (Bar No. 211779)**
    jsm@amclaw.com
**ANDERSON, McPHARLIN & CONNERS LLP**
**Thirty-First Floor**
**444 South Flower Street**
**Los Angeles, California  90071-2901**
**TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594**

**Attorneys for Plaintiff**
**Federal Deposit Insurance Corporation as**
**Receiver for INDYMAC BANK, F.S.B.**

JS-6

NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., | Case No. CV10-1232-JFW (CWx) |
| Plaintiff, | |
| vs. | **ORDER ON STIPULATION OF DISMISSAL** |
| UBS REAL ESTATE SECURITIES, INC., a Delaware corporation, | |
| Defendant. | |

Based upon the Stipulation of Dismissal entered into between plaintiff FEDERAL

DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B. and

defendant UBS REAL ESTATE SECURITIES, INC., it is hereby ordered that the above-

captioned action be and hereby is dismissed in its entirety, as to all parties and causes of action,

with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

**IT IS SO ORDERED.**

DATED: April 5, 2011     _____

The Hon. John F. Walter
Judge of the United States District Court

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

858106.1 5662.094